IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| M. DEWAYNE LINDSEY | * | |
| Plaintiff | * | |
| VS. | * | NO: 3:09CV00015 SWW |
| THE CITY OF BLYTHEVILLE POLICE DEPARTMENT, THE CITY OF BLYTHEVILLE, ARKANSAS, ET AL. | * | |
| Defendants | * | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Before the Court is a joint motion to dismiss filed by all parties in this case. The parties state that they have reached an agreement to resolve their disputes, and they request that the Court enter an order dismissing this action with prejudice. The motion (docket entry #29) is GRANTED. This action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 23RD DAY OF MARCH, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE